```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0224--CV (JKS)
                  "DANIEL LEE NICHOLS V USA ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/12/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights
                  42:1985
           Origin: (1) Original Proceeding
           Demand: 50
       Filing fee: In Forma Pauperis
         Trial by:
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | NICHOLS, DANIEL LEE | Daniel Lee Nichols<br>Pro Per: 236805<br>Florence Correctional Center CCA<br>POB 6200 AK Unit<br>Florence, AZ 85232 |
| DEF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 2.1 | [T] ALASKA, STATE OF | No counsel found for this party! |
| DEF 3.1 | [T] ALASKA, STATE OF, DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 4.1 | [T] ALASKA, STATE OF, DEPT OF LAW | No counsel found for this party! |
| DEF 5.1 | [T] ALASKA, STATE OF, DEPT OF PUBLIC SAFETY STATE TROOPERS | No counsel found for this party! |
| DEF 6.1 | [T] ALASKA, STATE OF, PUBLIC DEFENDER'S AGENCY | No counsel found for this party! |
| DEF 7.1 | [T] ANCHORAGE CORRECTIONAL COMPLEX WEST | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0224--CV (JKS)
                              "DANIEL LEE NICHOLS V USA ET AL"

                                      For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/12/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    42:1985
            Origin: (1) Original Proceeding
            Demand: 50
        Filing fee: In Forma Pauperis
          Trial by:


Document #   Filed       Docket text

     1 -  1  09/12/05    PLF 1 motion (application) to waive filing fee w/att exhs.

     2 -  1  09/12/05    Complaint filed.

     3 -  1  09/21/05    JKS Order granting motion (application) to waive filing fee (1-1); SCCC
                         to collect from plfs prison trust account an initial partial fee in the
                         amt of $3.07 & send pymt to clerk of crt; & collect the balance of the
                         $250 flg fee owed by collection monthly pymts. cc: cnsl, Finance, SCCC

     4 -  1  09/21/05    JKS Order to amend; plf's claims against DEF 2-7 are dismissed; plfs
                         amended complaint/notice of voluntary dismissal due 10/21/05. cc: cnsl

     5 -  1  09/21/05    PLF 1 Address Change Notice.

     5 -  2  09/21/05    PLF 1 Notice that plf hasn't received information from court re: case.

     6 -  1  10/24/05    PLF 1 motion for ext of time to amend complaint.

     7 -  1  11/10/05    JKS Minute Order granting motion for ext of time to 11/21/05 to file
                         amended complaint (6-1). cc: cnsl

     8 -  1  11/28/05    PLF 1 motion for ext of time to amend complaint.

     9 -  1  11/28/05    PLF 1 motion (application) for appointment of counsel w/att exhs.
```