

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By: 80      Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Nichols v. United States*
Case No. A05-0224 CV (JKS)

By:	THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:	Dan Maus, Case Management: 677-6123*

PROCEEDINGS:	ORDER FROM CHAMBERS

Plaintiff, proceeding pro se, moves to extend the deadline for filing his amended complaint. Docket No. 8. Additionally, he has filed an application for appointment of counsel. Docket No. 9. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296 (1989). All the Court can do is refer the pro se litigant to the Alaska Pro Bono Program. Plaintiff indicates that he has contacted the Alaska Pro Bono Program and apparently received an unfavorable response.

**IT IS THEREFORE ORDERED:**
The motion for an extension of time, **Docket No. 8**, is **GRANTED**. Plaintiff's amended complaint is due **on or before Monday, January 9, 2006**. Because the Court lacks the authority to appoint counsel in cases such as this, the motion at **Docket No. 9** is **DENIED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 1, 2005

*	ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

PD 12-1-05

A05-0224--CV (JKS)
-----------------------------------------
D. NICHOLS

10