## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Nichols v. United States*
Case No. 3:05-cv-0224-JKS

By:                         THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:               Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:               ORDER FROM CHAMBERS

Nichols, pro se, previously moved for an extension of time to file an amended complaint. Docket No. 8. On December 1, 2005, the Court granted the motion, allowing Nichols until January 9, 2006, to file the amended complaint. Docket No. 10. Nothing has been filed.


**IT IS THEREFORE ORDERED:**

This case is **DISMISSED** for failure to prosecute.




Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE:  <u>March 1, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.