UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUN 0 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Daniel Lee Nichols #236805
Florence Correctional Center CCA — AK Unit



US POSTAGE
$00.420
Mailed From 05/28/2008 99513
neopost

NIXIE    850    9C 1    40   06/04/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 995137564999    *1895-04977-28-45

## Other Events

3:05-cv-00224-JKS Nichols v. United States of America **CASE CLOSED on 03/02/2006**

**U.S. District Court**

**District of Alaska**

RECEIVED
JUN 0 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AL...

## Notice of Electronic Filing

The following transaction was entered on 5/28/2008 at 2:35 PM ADT and filed on 5/27/2008

**Case Name:**   Nichols v. United States of America
**Case Number:**   3:05-cv-224
**Filer:**
**WARNING: CASE CLOSED on 03/02/2006**
**Document Number:** No document attached

**Docket Text:**
**Filing fee: $ 48.82, receipt number 132888-LC (LSC, COURT STAFF)**


**3:05-cv-224 Notice has been electronically mailed to:**

**3:05-cv-224 Notice has been delivered by other means to:**

Daniel Lee Nichols
236805
Florence Correctional Center CCA
AK Unit
P.O. Box 6200
Florence, AZ 85232