UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

Daniel Lee Nichols 236805
Florence Correctional Center CCA
AK Unit
P.O. Box 6200
Florence, AZ 85232

NIXIE    850  DE  1      00  07/10/08
         RETURN TO SENDER
         UNCLAIMED
         UNABLE TO FORWARD

BC: 99513756499     *1072-10451-03-38*

Neopost
$00.420
07/03/2008
Mailed From 99513
US POSTAGE

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT

**Other Events**
3:05-cv-00224-JKS Nichols v. United States of America CASE CLOSED on 03/02/2006

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 7/3/2008 at 2:17 PM ADT and filed on 7/3/2008
**Case Name:**       Nichols v. United States of America
**Case Number:**   3:05-cv-224
**Filer:**
**WARNING: CASE CLOSED on 03/02/2006**
**Document Number:** No document attached

**Docket Text:**
**Receipt number 133121 in the amount of $ 10.00 received on 7/3/2008 from Corrections Corporation of America regarding Prisoner's Petition. (BJC, COURT STAFF)**


**3:05-cv-224 Notice has been electronically mailed to:**

**3:05-cv-224 Notice has been delivered by other means to:**

Daniel Lee Nichols(Terminated)
236805
Florence Correctional Center CCA
AK Unit
P.O. Box 6200
Florence, AZ 85232